FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC 07 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FELICIA LENORE WATSON,    :
                          :
    Plaintiff         :
                          :   CIVIL ACTION FILE NO.
v.                        :   1:18-CV-4681-ODE-CMS
                          :
LONG SHENG,               :
                          :
    Defendant         :

<u>ORDER</u>

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed November 5, 2018 [Doc. 3] ("R&R"). No objections have been filed.

After a thorough analysis, Judge Salinas recommends that this case be dismissed without prejudice as frivolous.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is DISMISSED WITHOUT PREJUDICE as frivolous.

SO ORDERED, this ___6___ day of December, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE